UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 20, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13MJ00365-CKD-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CARLOS ALEXIS MUNOZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS ALEXIS MUNOZ , Case No. 2:13MJ00365-CKD-1 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $___

✔  Secured Appearance Bond $50,000.00

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

✔  (Other)        Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  December 20, 2013  at  2:00 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court