HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
CARLOS ALEXIS MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | NO. 2:13-MJ-00365 CKD |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| CARLOS ALEXIS MUNOZ, Defendant. | DATE: May 27, 2014<br>TIME: 2:00 p.m.<br>JUDGE: TBD |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for defendant CARLOS ALEXIS MUNOZ that the status conference hearing date of May 12, 2014 be vacated, and the matter be set for status conference on May 27, 2014 at 2:00 p.m.

The reason for this continuance is that Mr. Munoz has signed the Plea Agreement for a Rule 20 disposition in the Eastern District of California, which will be filed before May 26, 2014.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 27, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.


Dated: May 7, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CARLOS ALEXIS MUNOZ

Dated: May 7, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 12, 2014 status conference hearing be continued to May 27, 2014, at 2:00 p.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the May 27, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

DATED: May 7, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE