| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | CARLOS ALEXIS MUNOZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-MJ-00365 CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| CARLOS ALEXIS MUNOZ, | ) | |
| | ) | DATE:  September 11, 2014 |
| Defendant. | ) | TIME:   2:00 p.m. |
| | ) | JUDGE: Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for defendant CARLOS ALEXIS MUNOZ that the status conference hearing date of August 7, 2014 be vacated, and the matter be set for status conference on September 11, 2014 at 2:00 p.m.

The reason for this continuance is that Mr. Munoz has signed the Plea Agreement and the Rule 20 documents are being processed.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 11, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

///

| | |
|---|---|
| Dated: August 6, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLOS ALEXIS MUNOZ |
| Dated: August 6, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 7, 2014 status conference hearing be continued to September 11, 2014, at 2:00 p.m., before the Duty Magistrate. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 11, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

**Dated: August 6, 2014**

Dad1.crim
Munoz0365.stipo.cont.PE.doc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Munoz*
Stipulation and Order

-2-