HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
CARLOS ALEXIS MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-MJ-00365 CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE:  September 25, 2014 |
| CARLOS ALEXIS MUNOZ, | ) | TIME:    2:00 p.m. |
| | ) | JUDGE: Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for defendant CARLOS ALEXIS MUNOZ that the status conference hearing date of September 11, 2014 be vacated, and the matter be set for status conference on September 25, 2014 at 2:00 p.m.

The reason for this continuance is that Mr. Munoz has signed the Plea Agreement and the Rule 20 documents are processed.  The Rule 20 documents need to be signed by the defendant which should be completed by September 25, 2014

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 25, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

1    Dated: September 9, 2014                    Respectfully submitted,

2                                                HEATHER E. WILLIAMS
                                                 Federal Defender
3
                                                 */s/ Douglas Beevers*
4                                                DOUGLAS BEEVERS
                                                 Assistant Federal Defender
5                                                Attorney for Defendant
                                                 CARLOS ALEXIS MUNOZ
6

7    Dated: September 9, 2014                    BENJAMIN B. WAGNER
                                                 United States Attorney
8
                                                 */s/ Jason Hitt*
9                                                JASON HITT
                                                 Assistant United States Attorney
10                                               Attorney for Plaintiff

11

12                                  **O R D E R**

13          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

14   September 11, 2014 status conference hearing be continued to September 25, 2014, at 2:00 p.m.

15   Based on the representation of defense counsel and good cause appearing there from, the Court

16   hereby finds that the failure to grant a continuance in this case would deny defense counsel

17   reasonable time necessary for effective preparation, taking into account the exercise of due

18   diligence.   The Court finds that the ends of justice to be served by granting a continuance

19   outweigh the best interests of the public and the defendant in a speedy trial.   It is ordered that

20   time up to and including the September 25, 2014 status conference shall be excluded from

21   computation of time within which the trial of this matter must be commenced under the Speedy

22   Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

23   defense counsel reasonable time to prepare.

24   **IT IS SO ORDERED.**

25   Dated:  September 10, 2014

26                                               _____
                                                 CAROLYN K. DELANEY
27                                               UNITED STATES MAGISTRATE JUDGE

28

*U.S. v. Munoz*                      -2-
Stipulation and Order