HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
douglas_beevers@fd.org

Attorney for Defendant
CARLOS ALEXIS MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS ALEXIS MUNOZ,<br><br>  Defendant. | Case No. 2:14-cr-00275 MCE<br><br>STIPULATION AND (PROPOSED) ORDER TO EXONERATE PROPERTY BOND<br><br>Judge:   Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, Carlos Alexis Munoz, that the $50,000 property bond posted to secure Mr. Munoz's pretrial release should be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

On December 16, 2013, the Court ordered Mr. Munoz released on a $50,000 secured appearance bond and to the third party custody of his father, Carlos Alexis Munoz, Sr.  The collateral, DOT #0000248498, was posted with the Clerk's Office on January 7, 2014 (Dkt #14 (not visible on the public docket)) and remains in place.

On October 23, 2014, Mr. Munoz entered a guilty plea to Count 1 of the Indictment. On February 5, 2015, the Court sentenced Mr. Munoz to imprisonment for a term of 54 months. According to the BOP Inmate Locator, Mr. Munoz is currently being housed at Oakdale I FCI.

The parties stipulate and agree that the bond secured by the real property of Mr. Munoz should be exonerated and the property securing it reconveyed to the surety.

| | |
|---|---|
| Dated: May 29, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for Carlos Alexis Munoz |
| Dated: May 29, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Douglas Beevers with consent*<br>JASON HITT<br>Assistant United States Attorney |

**O R D E R**

IT IS HEREBY ORDERED in case no. 2:14-cr-00275-MCE that the bond secured by property identified as DOT #0000248498 from Mr. Munoz be exonerated and that the Clerk of the Court reconvey to the surety, Mr. Munoz, the real property that was posted as security in this case, free and clear of any federal lien.

Dated:  June 1, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
munoz0275.stipo.exon.bond